COMMONWEALTH *vs.* GEORGE MCGRATH. May 25, 2017. *Supreme Judicial Court*, Superintendence of inferior courts. *Practice, Criminal*, Capital case.

George McGrath purports to appeal from the decision of a single justice of this court, pursuant to the gatekeeper provision of G. L. c. 278, § 33E, denying leave to appeal from the denial of his motion for a new trial on charges of murder in the first degree and assault with intent to rob.[1] "A defendant who is denied leave to appeal from a single justice acting as a gatekeeper . . . has no right to appeal from the single justice's ruling denying leave. The single justice's ruling is 'final and unreviewable.' " *Commonwealth* v. *Companiono*, 472 Mass. 1004, 1005 (2015), quoting *Commonwealth* v. *Gunter*, 456 Mass.

---

[1]McGrath's convictions were affirmed on direct appeal after plenary review. *Commonwealth* v. *McGrath*, 358 Mass. 314 (1970). In addition, we reversed the allowance of McGrath's previous motion for a new trial. *Commonwealth* v. *McGrath*, 437 Mass. 46, cert. denied, 537 U.S. 980 (2002).

1017, 1017 (2010), *S.C.*, 459 Mass. 480, cert. denied, 565 U.S. 868 (2011). We see no reason to depart from this longstanding rule. See *Commonwealth* v. *Robinson*, 477 Mass. 1008 (2017).

*Appeal dismissed.*

The case was submitted on briefs.
*Kathleen M. McCarthy* for the defendant.
*Teresa K. Anderson*, Assistant District Attorney, for the Commonwealth.